# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on page 2 before completing this form.

**ENTER CHARGE NUMBER**
- ✖ FEPA 1702-036
- ✖ EEOC 511-2017-0869

## Pinellas County Office of Human Rights and EEOC
(State or Local Agency, if any)

| NAME (Indicate Mr., Ms., Mrs.) Derek Williams | HOME TELEPHONE NO. (Include Area Code) 727-642-2692 | DATE OF BIRTH 01-25-1977 |
|---|---|---|
| STREET ADDRESS 1419 Aries Lane | CITY, STATE AND ZIP CODE Clearwater, Florida 33755 | COUNTY Pinellas |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME City of Safety Harbor, Public Works Department | NO. OF EMPLOYEES/MEMBERS 15+ | TELEPHONE NUMBER (Include Area Code) 727-724-1550 |
|---|---|---|
| STREET ADDRESS 1200 Railroad | | CITY, STATE AND ZIP CODE Safety Harbor, Florida 34695 |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | | CITY, STATE AND ZIP CODE |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, Day, Year) |
|---|---|
| X RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE X RETALIATION ☐ OTHER (Specify) | |

THE ARE (If additional space is needed, attach extra sheet(s)):

### I. STATEMENT OF HARM:

I was subjected to discrimination due to my race. I was treated differently and adversely by the Sanitation Supervisor, Sherri Kennedy and Public Works Director Ray Boler based on my race; and in retaliation for seeking fair treatment and consistent application of Public Works Departmental policies. Me and other African Americans in the Sanitation Department were given harder work assignments. Management discriminated against myself and other African Americans when granting protection/accommodation for family issues. I received harsher and more frequent discipline than my Caucasian coworkers. I was harassed. I faced harassment by Willie Hunter. Management created a hostile work environment by treating myself and other African Americans differently/poorly. Policies governing lunch and breaks were implemented in a discriminatory manner. I was fired in retaliation for asking for a copy of the employee handbook. I have remained unemployed since that time. Sanitation's lunch less schedule had a negative and greater impact on myself and other African American employees within the Public Works Department. The City of Safety Harbor discriminated in their hiring and promotion decisions.

### II. RESPONDENT'S REASON FOR ADVERSE ACTION:

Ray Boler (Public Works Director) and Sherri Kennedy(Supervisor) told me that that I used more than 80 hours in sick leave hours within one year which was against Public Works Department Policy.

### III. STATEMENT OF DISCRIMINATION:

I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended; the Florida Civil Rights Act of 1992; Chapter 70 of the Pinellas County Code, as amended based on my race for the following reasons:

a. As a black employee in the Sanitation Department, I could not take breaks like the rest of the employees in the Public Works Department employees.

b. During a meeting in July, Ray would not allow me or any other black employees to speak directly to him. However, he permitted white employees to speak and ask questions.

c. I was fired after I sought equal treatment within the Public Works department.

d. **The City of Safety Harbor only hired African Americans for certain positions. African Americans were not hired to work in the Parks Department and African Americans were steered to the Sanitation Department.** There are no African Americans in the Parks Department. I have never seen any African Americans work in the Parks Department. *Statement of discrimination continued on page 3.*

| ✖ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. JAN 1 2 2018 OFFICE OF HUMAN RIGHTS Date 10-25-17 Charging Party (Signature) | SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME (Day, Month, Year) 25 5 2017 |

Farah Aslam
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG036171
Expires 10/5/2020

EEOC FORM 5

Additionally, African Americans were steered toward Sanitation Department. Tavauren Wilson is an example. When Tavauren Wilson was hired, he told me that he applied for a Parks I position, but the position had been filled prior to his interview. However, I noticed that the Parks I position had not been filled because it was reposted on the employee board in the office within a week of his start date.

### e. African Americans were not promoted to Supervisory positions within the City of Safety Harbor

There are no African Americans in Supervisory/Upper Management positions within the City of Safety Harbor. There are African Americans who work as foreman's, but the foreman position is not a supervisory position. An example is Sherri Kennedy's promotion to Sanitation Supervisor. Sherri was the sanitation secretary for many years. However, Sherri did not have experience as supervisor, she had no CDL, no experience as a truck driver, and did not know the position. This is important because Sherry did not know many of the rules and regulations concerning waste disposal, driver safety, and truck maintenance. There were African American employees within the department who were better qualified for the position. For instance, Noel Braithwaite (who had been employed as a driver for 20 years) or Charlie Triplett.

During my employment, the only African American supervisor I knew about was JC (John Crayton). John Crayton was the Sanitation Supervisor. However, John Crayton was forced to retire a couple of years back. JC was injured twice. He went out on workers comp. Ray forced JC to retire by forcing him to choose between working when he wasn't physically capable or retire. In contrast, Brad (Caucasian)has been out on workers comp for at least 2 ½ years. JC was not given the same opportunity to heal as Brad.

### f. Management did not give African Americans the same accommodations for personal issues. Management in the Sanitation Department did not give African Americans the information necessary to receive protection for family and personal issues. Also, management discriminated when granting protection for family/health issues.

First, I had to use my vacation time to attend to my special needs daughter. On the days that we worked passed 2:15, I had to use my vacation time to pick up my special needs daughter from school. She had to be picked by 2:35. Sherri knew the situation because we discussed it. She told me that I could use my vacation time. Management did not offer me FMLA protection. Management did not tell me how to receive FMLA protection. Second, the way management treated me when my grandfather passed away. My grandfather passed away on June 28,2016. I called in on June 28,2016 at 5:45 a.m. to tell them about his passing. I missed June 28,2016 and June 29,2016. His obituary is attached as Exhibit A. Management did not give me any instructions or forms to complete to accurately receive bereavement leave or any other protection. In August, management used those hours in an excessive sick leave calculation. Therefore, management did not make sure I received protection for the hours I missed for bereavement. In contrast, Caucasian employees were granted FMLA protection and allowed to miss days for personal and familial issues. Scott Little and Gilbert are examples. Scott Little has health issues. Scott missed days as necessary. Gilbert has a sick wife. Gilbert took off as much time as he needed.

**g. African Americans were assigned harder workloads than Caucasian employees**

African Americans received more physically straining work assignments. Some of the African American employees within the Sanitation Department drove rear loading trucks. However, most African Americans worked as crew members on the back of rear loading trucks. The crew members of the rear loading trucks were forced to stand on the back of the truck and were exposed to the elements for hours at a time. Rear loaders picked up heavy items and threw them in the back of truck. In contrast, Caucasian employees did not have to do as much manual labor. Scott, Gilbert, and Brad are examples. Scott drives front loading truck (which requires very little manual labor because the driver never must get out of truck). Gilbert drives a truck. He has one other crew member with him. However, Gilbert does not have to do manual labor because he does not have to get of his truck. Brad started as a rear loader. However, Brad primarily worked as a driver. Brad filled in for Gilbert and Scott when they were out. Gilbert and Scott were never assigned to drive rear loaders or to work as rear loader. Please note that some of the African American drivers would be assigned to work on the back of the truck.

**h. African American employees were not allowed to take lunch when our Caucasian coworkers could.**

Caucasian employees enjoyed the freedom to take 15-minute breaks and 30-minute lunches. Dave, Brad, and Gilbert took full breaks. When I say full breaks, I mean Dave, Brad, and Gilbert took full 15 minutes and 30-minute breaks. Sometimes, Dave, Brad, and Gilbert took breaks in the Public Works outside break area. In contrast, Minority employees were denied 15-minute breaks and lunch breaks. Willie Neal (African American) did not allow minorities take breaks or go to the Public Works Break area, but that came from management. When I say management, I mean Ray Boler and Sherri Kennedy. Willie Neal was the foreman and did not have the authority to tell African Americans that we could not take lunch. Willie Neal consulted with Ray Boler and Sherri Kennedy throughout the course of the work day and he received his directives from them. Willie Neal enforced management's no break policy.

**i. Sanitation's lunch less schedule had a greater impact on African American employees within the Public Works Department. African Americans were not allowed to gain physical relief from extreme weather conditions when our Caucasian coworkers could**

On Mondays, Tuesdays, Wednesdays sanitation employees were not allowed to take any breaks whatsoever. We were not permitted to take 15-minute breaks or lunch breaks. We never voted to skip 30-minute lunch breaks. Employees within the Sanitation Department were given the Public Works standard schedule. The schedule included a 2:45 end time and included a 30 minute. The schedule is attached as Exhibit B. However, Management verbally told us that we could not take 30-minute lunch breaks. So, when the rest of the Public Works Department employees stopped to take breaks, we could not do the same. Most of the African Americans employed by the Public Works Department and perhaps the City of Safety Harbor worked within the Sanitation Department. Thus, the result of a "lunch-less schedule" was that most of the African Americans within the Public Works department were not permitted to take lunch breaks when our Caucasian counterparts were permitted to do the same. This is important because African Americans were not allowed to gain physical relief from extreme weather conditions when our Caucasian coworkers could do the same. The implementation of a "lunch- less schedule"

4

disproportionately affected the African American Employees within the Public Works department.

**j.** **Management allowed Willie Hunter to harass me and other African Americans. Management did not allow Willie Hunter to harass permanent Caucasian employees**

I had to work with Willie Hunter. Willie Hunter was angry, aggressive, hostile, rude, and disrespectful. One time while Willie Hunter and I were out collecting trash, he left me out in the city. The hostile work environment started within the first six months of me starting with the City of Safety Harbor. I worked with Mr. Hunter because Mr. Hunter could not get along with another one of our coworkers. After the initial six full months, I had to work with Mr. Hunter like once every other week. My interactions with Mr. Hunter were not one on one. My interactions with Mr. Hunter usually included one other person. There are several witnesses to Mr. Hunter's behavior (Brad, Noel, Lee Bostic, and Stephan).

I reported this behavior to management. I told Sherri, Willie Neal, and Grover Smith. I went to management several times. I was told that I would have to file a formal complaint. However, Sherri encouraged me not to file a formal complaint. Sherri justified his behavior and did not do anything to stop the behavior. Willie Hunter was never disciplined for leaving me or his other bullying tactics. I tried to avoid Willie Hunter as much as possible. Permanent Caucasian employees did not have to interact with Mr. Hunter. Although Mr. Hunter is African American, management permitted his behavior. Also, management did not subject permanent Caucasian employees to Mr. Hunter.

**k.** **Management made the work environment unbearable for African Americans**

*First, director Ray Boler created a hostile work environment by threatening our jobs.* Ray repeatedly stated that he would fire us and privatize the Sanitation Department.

*Second, management subjected African Americans to dangerous work conditions/ disregarded the safety of African American employees.* I was subjected to unsafe working conditions. One example happened on May 14,2015. On May 14, 2015, management via Willie Neal forced me to dispose of waste using a transporter (truck) (I will provide more details about this incident below). Another example occurred when Sherri tried to force me to drive a truck that was in a state of disrepair. Finally, when I was forced to drive a truck without a fire extinguisher which is against regulations and created an unsafe working condition for myself.

*Third, Management created a hostile work environment by treating African Americans differently/poorly.* One example is the fact that African Americans were not allowed to take lunch, but Caucasians could. Another example of Management's discrimination is Ray's behavior at the last meeting in July 2016.

*Ray Boler discriminated African Americans during a Sanitation Department meeting in July 2016*

On July 21, 2016 or July 28, 2016, Ray held a meeting with the sanitation department. There were some absences within the Sanitation Department. However, all the Sanitation Workers at work that day were in the meeting. Ray was very condescending during the meeting. Ray discussed mandatory overtime and alleged disrespect towards Sherri. The alleged disrespect occurred at a prior meeting. I did not go to the prior meeting when the alleged disrespect occurred. Ray explained that sanitation workers were not allowed to stop and take any breaks. Ray also told us that Sanitation Department had mandatory overtime effective immediately. The Sanitation Department meetings are usually back and forth conversations where employees could ask questions and give feedback. Ray

5

told us that we were not allowed to speak directly to him. However, he permitted white employees to speak and ask questions. When Gilbert (white man) asked a question, Ray answered the question. However, when Noel (African American) asked Ray a question, Ray refused to answer his question.

I do not remember the question Gilbert asked Mr. Boler. Mr. Boler answered Gilbert's question, but refused to answer Noel. I do not know what Noel was attempting to ask because Mr. Boler cut him off. Mr. Boler told Noel the he was not going to answering Noel's questions. Mr. Boler also told Noel that if he had any question for Mr. Boler, then Noel could ask Sherri or the Foreman.

I explained to Sherri that I was willing to work overtime. However, I could not immediately work overtime because I had to make arrangements for my special needs daughter. My daughter is autistic. She cannot be left by herself because of her disability. School ended at 2:35 p.m. She must be to be picked up from school by 2:45. I even offered to use my vacation time to go pick up my daughter. Sherri permitted to use my vacation time to go pick up my special needs daughter.

### l. I was fired in retaliation for asking for a copy of the employee handbook.

About a week after the last meeting in July, I asked to get a copy of the Public Works/ City of Safety Harbor policies and procedures. I spoke to Patty. I asked for a copy of the employee handbook. Patty called Sherri. Patty said that they would give me the updated handbook. They printed out a revised version of handbook. Less than a week after asking for the employee handbook, I was called into the office.

On August 9, 2016, I was called in the office for a meeting. Ray Boler, Sherri Kennedy, and Willie Neal (foreman) were in the office. At that time, Ray told me that I used more than 80 hours in sick leave hours within one year against Public Works Department Policy. They gave me an ultimatum: either I resign, or they would fire me. Ray told me that it would look better and make it easier for me to find a new job if I chose to resign. Ray submitted a prewritten letter for me to sign. I refused to sign the letter. I was fired. Prior to August 9, 2016, I was never warned about unexcused hours.

I do not believe that the "excessive sick leave use "is the reason I was terminated. I believe the City's stated reason for my termination is false because:

1.      I was never warned of excessive sick leave usage. This is significant because on the disciplinary action form, Management represents that I had been previously warned about the offense. The form is attached as Exhibit C.

2.      Ms. Kennedi approved the hours. I turned forms into Ms. Kennedi for review and approval. Sherri Kennedy approved the hours.

3.      Management included protected absences in their sick leave calculations. For instance, management used my bereavement days in their calculations. My grandfather passed away on June 28, 2016. I called in around 5:45 a.m. on June 28, 2016 to let management know that my grandfather passed away and that I would not be coming in. I called the 727-724-1550 office number. On Wednesday or Thursday, Patty called and asked if I would be coming in. I told her no. June 28, 2016 and June 29,2016 were included when calculating excessive sick leave. I was out for bereavement on June 28 and 29,2016. Those days should not have been included in their "excessive" sick leave usage. The usage calculation is attached as Exhibit D. I have also attached a copy of my grandfather's obituary. Exhibit A.

4.      Management's "excessive sick leave use" calculations are inaccurate. Most of the time off was not for sick leave. The sick leave calculations included management approved vacation time. All the vacation time was approved by management. Some of

6

my vacation time was used to attend to my disabled daughter and myself. As I mentioned above, I had to use my vacation time to pick up my autistic daughter. Under the City's Policies and Procedures some of my absences should not have been included in the "excessive sick leave" calculation.

5.     The department's attendance review included 2015 and 2016 sick leave usage. I used 68.75 sick leave hours in 2016. To find a violation, management had to include my 2015 sick leave usage. The usage calculation is attached as Exhibit D.

6.     I was Terminated for sick leave usage when my Caucasian counterparts used the same if not more hours. Scott and Gilbert are examples. Scott Little regularly missed time because he was sick. Gilbert is another example. Gilbert missed many days because he has a sick wife that he cares for.

7.     I received excellent scores for attendance during my last evaluations. My evaluations are attached as Exhibit E.

8.     I was fired less than a week after asking for the employee handbook.

### m. African American employees faced harsher and more frequent discipline than Caucasian employees.

African American employees were disciplined for minor violations. Sometimes African Americans were disciplined even when we did not do anything wrong. Caucasian employees did not receive the same treatment when it came to discipline. Management overlooked safety violations committed by Caucasians. For instance, Gilbert consistently smoked on the trucks and he was never disciplined. Caucasian employees were disciplined less often for their infractions. For instance, Caucasian employees routinely caused damage property within the Public Work's yard, but were not disciplined. Customarily, Caucasian employees were not cited for causing damage within the Public Works facilities. I have listed a couple of incidents in which African Americans received harsher discipline:

*The fact that I was terminated for my sick leave usage is an example of African Americans receiving harsher discipline.*

On August 9, 2015, I was terminated because management said that I used more than 80 hours of sick leave. However, my Caucasian counterparts used the same if not more hours. Scott Little is an example. Scott Little regularly missed a significant amount of time because he was sick. Gilbert is another example. Gilbert missed many days because he has a sick wife that he cares for.

*I was written up for following management's directions*

The write up I received on May 14, 2015 is an example. On May 14, 2015, I received a write up after following Management's instructions. The foreman Willie Neal asked me to move cardboard material in dumpsters in a roll off dumpster within the Public Work's Yard. I was not provided the proper equipment to complete the task at hand. I needed a front-loading truck to complete the assigned task. The City did not have any front-loading trucks available because all the front loaders were inoperable. The foreman Willie Neal specifically told me to complete the task with a transporter. The dumpster fell off because the transporter was not the best truck for the task. I was faced with a "no win" situation. I was disciplined because I followed management's instructions. However, if I did not follow management's instructions I would have been disciplined for insubordination. The fact that I was written for this incident is an example of how management disciplined African Americans more harshly.

7

*Management's handling of the August 15, 2015 incident is an example of African*
*Americans receiving harsher discipline.*

On August 15, 2015, I was written up for an incident that occurred while driving a route. On this day, I was driving a rear loading dump truck. Noel Braithwaite and Corey Russ were the crew members assisting me that day. At some point, I needed to back up in order successful pick up a dumpster from the side of the road. Corey Russ stood outside of the truck and directed me. Noel stood outside of the truck to direct me. There was a kid running behind the truck. Corey Russ directed me to stop and I did. However, the step connected to the back of the dump truck pierced the tire of a disabled vehicle that was parked on the side of the road. There was no damage to the car. The air was let out of the tire. We contacted Management and told them immediately. When I returned to the Public Works Yard, I was written up for "careless vehicular accident". This is incorrect. My behavior was not careless and was no vehicular accident. Additionally, Noel Braithwaite and Corey Russ were written up for this incident. This was against department norms. Noel and Corey stood outside of the vehicle as required and did not do anything wrong or reckless. Noel and Corey were not at fault at all, but were written up.

### n. Most of the Minorities working in the Sanitation Department were fired during 2016.
During 2016, seven African American employees were terminated within the Sanitation Department. Nine of the employees in the Sanitation Department were African American. So, within the Sanitation Department seven of the nine African Americans were terminated during 2016. The sole Hispanic in the Sanitation Department was terminated during 2016. During 2016, there were a total of 10 minorities working in the Sanitation Department. Eight of the 10 minorities employed within the Sanitation Department were terminated. Finally, none of the Caucasian sanitation employees were fired during 2016.

I have a couple of witnesses:
1) Lee Bostic. Lee Bostic witnessed and experienced discrimination while employed with the City of Safety Harbor. His witness statement is attached.
2) Willie Dollard. Willie Dollard witnesses and experiences discrimination during his employment with the City of Safety Harbor . His statement is attached.
3) Larry Brooks. Larry Brooks witnessed and experienced discrimination while employed with the City of Safety Harbor. His statement is attached.
4) My other witnesses include: Tavauren Wilson: 727-906-6985; Corey Russ: 727-374-927; and Charlie Triplett: 727-692- 8074.

8

# PRIVACY ACT STATEMENT

(This form is covered by the Privacy act of 1974, Public Law 93-579: Authority for requesting the personal data and the uses are given below.)

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, CHARGE OF DISCRIMINATION, March 1984.

2. **AUTHORITY.** 42 U.S.C. §2000e-5(b), 29 U.S.C. § 211.29 U.S.C. § 626.

3. **PRINCIPAL PURPOSE(S).** The purpose of the charge, whether recorded initially on this form or in some other way reduced to writing and later recorded on this form, is to invoke the jurisdiction of the Commission.

4. **ROUTINE USES.** This form is used to determine the existence of facts which fall within the Commission's jurisdiction to investigate, determine, conciliate and litigate charges of unlawful employment practices. Information provided on this form will be used by Commission employees to guide the Commission's investigatory activities. This form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. A copy of this charge will ordinarily be served upon the person against whom the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.** Charges must be in writing and should identify the parties and action or policy complained of. Failure to have a charge which identifies the parties in writing may result in the Commission not accepting the charge. Charges under Title VII must be sworn to or affirmed. Charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to provide the requested information.

6. ☐ ☐ Under Section 706 of Title VII of the Civil Rights Act of 1964, as amended, this charge will be deferred to and will be processed by the State or local agency indicated. Upon completion of the agency's processing, you will be notified of its final resolution in your case. If you wish EEOC to give Substantial Weight Review to the agency's findings, you must send us a request to do so, in writing, within fifteen (15) days of your receipt of the agency's finding. Otherwise, we will adopt the agency's finding as EEOC's and close your case.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of the Civil Rights Act of 1964, as amended, and Section 4(d) of the Age Discrimination in Employment Act of 1967, as amended, state:

It shall be an unlawful employment practice for an employer to discriminate against any of his employees or applicants for employment, for an employment agency to discriminate against any individual, or for a labor organization to discriminate against any member thereof or applicant for membership, because he has opposed a practice made an unlawful employment practice by this title or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this title.

The Equal Pay Act of 1963 contains similar provisions. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made.

2