# EXHIBIT B

| CHARGE OF DISCRIMINATION | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement on page 2 before completing this form. | ✗ FEPA 1702-035<br>✗ EEOC 511-2017-00871 |

**Pinellas County Office of Human Rights and EEOC**
(State or Local Agency, if any)

| NAME (Indicate Mr., Ms., Mrs.)<br>Charlie Triplett | HOME TELEPHONE NO. (Include Area Code)<br>727-692-8074 | DATE OF BIRTH<br>10-7-1982 |
|---|---|---|
| STREET ADDRESS<br>3320 Overland Drive | CITY, STATE AND ZIP CODE<br>Holiday, Florida 34691 | COUNTY<br>Pinellas |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>City of Safety Harbor, Public Works Department | NO. OF EMPLOYEES/MEMBERS<br>15+ | TELEPHONE NUMBER (Include Area Code)<br>727-724-1550 |
|---|---|---|
| STREET ADDRESS<br>1200 Railroad | | CITY, STATE AND ZIP CODE<br>**Safety Harbor, Florida 34695** |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br>X RACE    COLOR    SEX    RELIGION    NATIONAL ORIGIN<br>AGE    X RETALIATION    OTHER (Specify) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, Day, Year) |
|---|---|

THE ARE (If additional space is needed, attach extra sheet(s)):

I. **STATEMENT OF HARM:**

I was subjected to discrimination due to my race. I was treated differently and adversely by the Sanitation Supervisor, Sherri Kennedy and Public Works Director Ray Boler based on my race; and in retaliation for seeking fair treatment and consistent application of Public Works Departmental policies. The City of Safety Harbor discriminated in their hiring and promotion decisions. Management discriminated against myself and other African Americans when granting protection/accommodation for family issues. I received harsher and more frequent discipline than my Caucasian coworkers. Policies governing lunch and breaks were implemented in a discriminatory manner. Sanitation's lunch less schedule had a negative and greater impact on myself and other African American employees within the Public Works Department. Management created a hostile work environment by treating myself and other African Americans differently/poorly. I was fired after asking for a copy of the employee handbook. On August 8, 2016, I was fired.

II. **RESPONDENT'S REASON FOR ADVERSE ACTION:**

Ray Boler (Public Works Director) and Sherri Kennedy(Supervisor) told me that that I used more than 80 hours in sick leave hours within one year which was against Public Works Department Policy.

III. **STATEMENT OF DISCRIMINATION:**

I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended; the Florida Civil Rights Act of 1992; Chapter 70 of the Pinellas County Code, as amended based on my **race** for the following reasons:

a. As a black employee in the sanitation, I could not take breaks like the rest of the employees in the Public Works Department employees
b. I questioned the fact that the sanitation department employees (predominately black employees) were not permitted to take any breaks when the rest of the public works departments could take breaks.
c. I was fired after I sought to be treated like other employees in the Public Works Department.
d. Ray, consistently threatened to privatize the sanitation department.
e. **The City of Safety Harbor discriminates in hiring and promotions. African Americans are not hired to work in the Parks Department.** I have never seen or heard of an African American working in the Parks Department. African Americans are sent to work for the Sanitation Department.

Statement of discrimination continued next page.

| ✗ I also want this charge filed with the EEOC.<br>I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY — (When necessary to meet State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>Harry Gonzalez<br>NOTARY PUBLIC<br>STATE OF FLORIDA<br>Comm# FF960532<br>Expires 2/15/2020 |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT<br>Chad Triplett<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, Month, Year) |
| Date 11/19/2017 Charging Party (Signature) | RECEIVED BY 19, November 2017 |

JAN 1 2 2018

## PRIVACY ACT STATEMENT

(This form is covered by the Privacy act of 1974, Public Law 93-579: Authority for requesting the personal data and the uses are given below.)

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, CHARGE OF DISCRIMINATION, March 1984.

2. **AUTHORITY.** 42 U.S.C. §2000e-5(b), 29 U.S.C. § 211.29 U.S.C. § 626.

3. **PRINCIPAL PURPOSE(S).** The purpose of the charge, whether recorded initially on this form or in some other way reduced to writing and later recorded on this form, is to invoke the jurisdiction of the Commission.

4. **ROUTINE USES.** This form is used to determine the existence of facts which fall within the Commission's jurisdiction to investigate, determine, conciliate and litigate charges of unlawful employment practices. Information provided on this form will be used by Commission employees to guide the Commission's investigatory activities. This form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. A copy of this charge will ordinarily be served upon the person against whom the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.** Charges must be in writing and should identify the parties and action or policy complained of. Failure to have a charge which identifies the parties in writing may result in the Commission not accepting the charge. Charges under Title VII must be sworn to or affirmed. Charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to provide the requested information.

6. Under Section 706 of Title VII of the Civil Rights Act of 1964, as amended, this charge will be deferred to and will be processed by the State or local agency indicated. Upon completion of the agency's processing, you will be notified of its final resolution in your case. If you wish EEOC to give Substantial Weight Review to the agency's findings, you must send us a request to do so, in writing, within fifteen (15) days of your receipt of the agency's finding. Otherwise, we will adopt the agency's finding as EEOC's and close your case.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of the Civil Rights Act of 1964, as amended, and Section 4(d) of the Age Discrimination in Employment Act of 1967, as amended, state:

It shall be an unlawful employment practice for an employer to discriminate against any of his employees or applicants for employment, for an employment agency to discriminate against any individual, or for a labor organization to discriminate against any member thereof or applicant for membership, because he has opposed a practice made an unlawful employment practice by this title or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this title.

The Equal Pay Act of 1963 contains similar provisions. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made.

STATEMENT OF DISCRIMINATION (CONTINUED)

Outside of the Sanitation Department, there were only two or three African Americans within the Public Works Department. In addition, the couple of African Americans working outside of the Sanitation Department are often passed up for promotion. There are no African American Supervisors in the entire City. African Americans are hardly ever hired for Supervisory positions. African Americans are very hardly promoted to Supervisor.

### f. Management did not give African Americans the same protection for family and personal issues

Corey Russ, Derek Williams, Noel Braithwaite, and myself were all disciplined when we needed time to address family or personal health issues. The first example is how management handled me when I went to the doctor and the times I had to care for my sick son. I was fired because management claimed that I used more than 80 hours of sick leave within a year. However, management included 32 hours of protected hours in their sick leave calculations. On 12/10/2015, I missed 1 hour when I went to the doctor for treatment. The Doctor's note is attached as Exhibit A. On 10/9/2015, I missed 8 hours after I had to take my son to the emergency room. I have attached a note from the doctor. Exhibit B. On 3/25/2016, I missed 8 hours because I was taking care of my sick son. I have attached a doctor's note. Exhibit C. I was out of work on 7/27 & 7/28/2016 because I had to take care of my sick son. I have attached a copy of my doctor's note. Exhibit D. I was disciplined for physician authorized absences. Another example is how management handled Corey Russ. Corey Russ had to take care of his sick mother. Management did not want to allow him take time off to take care of his mother. Additionally, Management never told him about FMLA protection or how to get FMLA protection. Derek Williams had a similar experience, Derek needed time off to take care of his special needs child. Management did not offer or explain FMLA protection to him either. Derek Williams had to use his vacation time to go pick up his daughter. Another example is Noel, one-time Noel was written up after he was out for surgery. Corey Russ, Derek Williams, Noel Braithwaite, and myself were all denied protection for familial and personal issues. Corey Russ, Derek Williams and myself were terminated when management used protected absences to conclude we took excessive sick leave. Noel was suspended after he went for surgery.

Our Caucasian coworkers were not treated the same way. Scott Little was sick and missed as many days as he needed. Gilbert had a sick wife, but he took off whenever he wanted. Management worked with Caucasian coworkers by explaining the process to them. Management made sure our Caucasian coworkers received protection when they had personal or familial issues. Management did not do the same for us.

### g. African American employees received harsher punishment and punished more often than our Caucasian coworkers

African Americans were punished more than our Caucasian coworkers. Sometimes African Americans were written up for no reason. For instance, the fact that I was terminated for my sick leave usage is an example of African Americans receiving harsher discipline. On August 8, 2016, I was forced to sign a resignation letter because management said that I used more than 80 hours in sick leave time. As explained above, I did not abuse sick leave. My Caucasian coworkers used the same if not more hours. Scott Little is an example. Scott Little missed a lot of time because he was sick. Gilbert is another example. Gilbert missed many days because he has health issues. Another example is the write up Noel Braithwaite and Corey Russ received in August 2015. Noel Braithwaite and Corey Russ worked as crew members on truck that Derek Williams drove. The driver Mr. Williams pierced the tire of a disabled car as he backed up a truck. Noel and Corey directed Derek as he backed up. However, management claimed Corey and Noel did not follow safety procedures. This is false. Corey and Noel directed their driver as required by

3

safety procedures. Management overlooked when our Caucasian coworkers did not follow safety procedures. For instance, Dave, and Gilbert regularly smoked on the trucks. Smoking on the trucks is dangerous because of risk of fires. Management knew they smoked, but did not do anything about it.

African Americans were disciplined every time we caused any damage. For instance, Derek Williams was disciplined when a dumpster slipped of the forks of a truck. But, Caucasian employees damaged the City's property and were not disciplined. Our Caucasian coworkers were only disciplined for very serious acts. Management covered up minor acts by not disciplining or documenting the damage. For instance, Dave has hit several mailboxes and to my knowledge he received little to no discipline.

### h. African American employees were not allowed to take lunch when our Caucasian coworkers could.

Once Grover Smith left, management stopped sanitation employees from taking 30-minute and 15-minute breaks. I noticed that management did not treat African Americans the same when it came to breaks. Sherri and Ray would force Willie Neal to stop minorities from taking breaks. Willie Neal would stop us from taking breaks. African Americans were not allowed to take 15-minute or 30-minute breaks.

Our Caucasian coworkers took 15-minute breaks and 30-minute breaks all the time. Gilbert and Dave did not have problems taking breaks. Gilbert stopped every day. Gilbert would break in the middle of the Public Work's yard and Gilbert would park in the back of the Public Works yard. Dave would take breaks at Eddies. African Americans couldn't stop and break like they did.

### i. Sanitation's lunch less schedule had a harsher effect on African American employees in the Sanitation and Public Works Department

Background of Lunch Policies
Sherri Kennedy became Sanitation Supervisor in 2015. During this time Grover Smith was the Sanitation Foreman. Prior to Sherri becoming supervisor, we worked the standard Public Works schedule. The Public Works schedule included one 15-minute break at 9 a.m. and a 30-minute lunch break. After Sherri Kennedy became Supervisor, Sanitation Employees were told that we were no longer permitted to take 30-minute lunch breaks. The "lunch less" schedule. There was never a vote within the Sanitation Department about whether we should take lunches. Under the lunch less schedule sanitation employees worked through their 30-minute lunch break and got off at 2:15p.m. However, during this time management continued to pass out copies of the Public Works scheduled that included the standard 30-minute lunch break.

So, when the rest of the Public Works Department employees stopped to take breaks, we could not do the same. Most of the African Americans employed by the Public Works Department and maybe all the City of Safety Harbor worked within the Sanitation Department. So, most of the black people in the Public Works department could not to take lunch breaks when our Caucasian coworkers could. This is important because black people physically needed a break from the heat, but could not get a break like our Caucasian coworkers. The "lunch- less schedule" had a larger and more negative affect on the African American Employees within the Public Works department.

### j. The work environment was hard for African Americans
Ray threatened to fire us and privatize the sanitation department.
Second, *African Americans received harder worker assignments*. Most of the African Americans in the Sanitation Department worked as Collectors on back of rear loading trucks. The Collector position is hard because the person must stand up and load dumpsters all day. African American Drivers and Collectors were rotated on the back of rear loader. In contrast, our permanent Caucasian coworkers did not have to do as much manual labor. Scott did not have a lot of manual labor because he did not have to get out of his truck. The same thing was true for Gilbert. Gilbert did not have to do manual labor because he did not have to get of his truck.

4

During my 11 years with the City, I never saw Gilbert work on the back of the truck as a rear loader.

Management made the rear loader's job harder. For instance, management would reduce our manpower on Wednesday. Wednesdays were physically taxing because we would be required to pick up brush without enough people. When I was employed we were required to complete the task with three trucks. After most of the African Americans were terminated, the department increased the number of trucks picking up brush to four.

Third, African Americans were disciplined more often and more harshly than our Caucasian coworkers. As mentioned above, management overlooked safety violations committed by our Caucasian coworkers.

Fourth, as mentioned above, African Americans were denied protection for family/personal issues, but our Caucasian coworkers received protection when they had personal or familial issues.

Finally, Management treated black people bad. Black people couldn't take breaks, but white people could.

### k. I was Forced to Resign

*Events leading up to forced resignation*

There were at least two separate meetings in the Sanitation Department in July. I was absent from the second meeting. I am about to discuss the first meeting in July. I do not remember the exact date of the meeting. However, I believe the meeting was on July 21,2016. This was a Sanitation Department meeting with Sherri, Willie Neal and most of the employees in the Sanitation Department. During the meeting we talked about waste tagging. The meeting started around 1:45 p.m. and continued until after the end of our work day. After 2:15, our coworkers had started to stand up. Just about everyone were preparing to leave. The meeting was over. In fact, I was having a conversation with Willie Neal about picking up debris. I told Willie Neal that we needed help picking up debris after a storm had passed. He told me I should know that we did not need more help. After our conversation, I told Sherri I was gone. I had to leave to pick up my children. Corey had to go take care of his mother. Corey and I left.

Around July 29, 2016, Ray held a meeting with the sanitation department. However, I was not present for that meeting. My understanding, is that during the meeting Ray yelled and used abusive language towards sanitation employees. Noel Braithwaite told me about the meeting. I heard about alleged disrespect. I found out that the sanitation department had to work mandatory overtime. I also found out that management reinforced the no breaks policy for the sanitation department. I called Kim Nicholls after I received an update about the meeting. I called Kim the same day as the meeting. Kim brought up the prior meeting (the meeting around July 21,2016). She said that I disrespected Sherri. I explained to her that I left after the meeting was over. I also explained that I had to pick up my children from school and daycare. She told me that I needed to make other arrangements. We also discussed mandatory overtime. Kim told me that there was a provision about mandatory overtime in the employee handbook. I asked for the employee handbook. She emailed me a copy of the employee handbook. I have attached a copy of the email. Exhibit E.

*Forced Resignation*

On August 8, 2016, I was called in the office for a meeting. Ray Boler, Sherri Kennedy, and Willie Neal were in the office. At that time, Ray told me that I had 104 hours in unexcused hours off in one year and that employees were permitted to use up to 80 hours of sick leave in one year. They gave me an ultimatum: either I resign or they would fire me. Ray did not fully explain my options. For instance, no one explained to me that if I was terminated, that I could have appealed my termination to the Personnel Review Board. I found out months later. Instead, Ray told me that it would look better and make it easier for me to find a new job if I chose to resign. Ray submitted a prewritten letter for me to sign. The letter stated that I resigned. I signed the letter.

Prior to August 8, 2016, I was never warned about unexcused hours. Ray and Sherri never requested doctor's notes or any other documentation to excuse the absences. I only found out about the rule at the meeting. I did not use more than 80 hours in sick leave. The City's stated reason for my forced resignation is false because:

5

1. *Management included 32 hours of protected hours in their "excessive" sick leave calculations.* On 12/10/2015, I missed 1 hour when I went to the doctor for treatment. I have attached proof of my doctor's visit. Exhibit A. On 10/9/2015, I missed work to take care of my son after his emergency room visit. I have attached a note from the doctor. Exhibit B. On 3/25/2016, I missed 8 hours because I was taking care of my sick son. I have attached a doctor's note. Exhibit C. I was out of work on 7/27 & 7/28/2016 because I had to take care of my sick son. I have attached a copy of my doctor's note. Exhibit D. Finally, I have attached a copy of management's sick leave calculation. Exhibit F. Under the City's Policies and Procedures, those 32 hours should not have been included in the "excessive sick leave" calculation. Based on their documentation, I would have used 72.75 hours.

2. *Management's "excessive sick leave use" calculations are inaccurate.* The sick leave calculations included management approved vacation time. All the vacation time was approved by management. Ms. Kennedy approved the hours. I turned forms into Ms. Kennedy for review and approval. Sherri Kennedy approved the hours before I used them.

3. *I was never warned of excessive sick leave usage.*

4. *Management would not accept documentation showing my basis for my absences.*

5. *I was Terminated for sick leave usage when white employees used the same if not more hours.* Dave, Scott and Gilbert are examples. Dave used time to care of his mother prior to her death. Scott Little regular missed a significant amount of time because he was sick. Gilbert missed many days because he has a sick wife that he cares for.

*Period after resignation*

On August 12, 2016, I called the Human Resources Director (Kim). I explained to Kim that I was forced to resign and that I wanted to rescind my resignation. Kim would not allow me to rescind my resignation and she told me that City of Safety Harbor did not want me back.

On August 18, 2016, I gathered all my daycare and doctor note information. I took my notes to City Hall. I made copies for Human Resources, the City Manager, Public Works director, and sanitation supervisor. The documentation reflects the fact that I missed time to care for a sick child. My doctor's notes were never acknowledged. Exhibit G.

I. **Most of the Minorities working in the Sanitation Department were fired during 2016.**

During 2016, seven African American employees were terminated within the Sanitation Department. Nine of the employees in the Sanitation Department were African American. So, within the Sanitation Department seven of the nine African Americans were terminated during 2016. The sole Hispanic in the Sanitation Department was terminated during 2016. During 2016, there were a total of 10 minorities working in the Sanitation Department. Eight of the 10 minorities employed within the Sanitation Department were terminated. Finally, none of the Caucasian sanitation employees were fired during 2016.

I a couple of witnesses. My first witness is Lee Bostic. Lee Bostic witnessed and experienced discrimination with the Sanitation Department. His witness statement is attached as Exhibit H. Willie Dollard is a witness. His statement is attached as Exhibit I. Larry Brooks is a witness. His statement is attached as Exhibit J. My witnesses include: Tavauren Wilson: 727-906-6985 and Corey Russ: 727-374-927.

6