# EXHIBIT C

| CHARGE OF DISCRIMINATION | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement on page 2 before completing this form. | X EEOC 511-2018-03735 |

**Pinellas County Office of Human Rights** and EEOC
(State or Local Agency, if any)

| NAME (Indicate Mr., Ms., Mrs.) Willie Dollard | HOME TELEPHONE NO. (Include Area Code) 813-952-6274 | DATE OF BIRTH 08/16/1967 |
|---|---|---|
| STREET ADDRESS 8911 Beeler Drive | CITY, STATE AND ZIP CODE Tampa, Florida, 33626 | COUNTY Pinellas |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME City of Safety Harbor | NO. OF EMPLOYEES/MEMBERS 15+ | TELEPHONE NUMBER (Include Area Code) 727-724-1550 |
|---|---|---|
| STREET ADDRESS 1200 Railroad Avenue | | CITY, STATE AND ZIP CODE Safety Harbor, Florida 34695 |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | | CITY, STATE AND ZIP CODE |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
x RACE   x COLOR   ☒ SEX   ☒ RELIGION   ☒ NATIONAL ORIGIN
☒ AGE   x RETALIATION   ☒ OTHER (Specify)

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Mon...)
**Continuing**

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. **STATEMENT OF HARM:**

I was subjected to discrimination due to my race and color. I have been denied promotions for about five years. The City of Safety Harbor has discriminated against me in hiring decisions (I have been denied transfers to the Parks Department). I have been given harder worker assignments than my Caucasian coworkers. I have been disciplined harder than my Caucasian coworkers. I have been paid less than my Caucasian coworkers.

**Received**
**JUN 18 2018**
**Tampa Field Office**

II. **RESPONDENT'S REASON FOR ADVERSE ACTION:**

Lenny told me that I was not promoted to the Service Worker III because I do not have an A license. I was told that I could not transfer to Parks because I did not pass a test. I was not given a reason for why I was disciplined harder, paid less, or given harder work assignments.

III. **STATEMENT OF DISCRIMINATION:**

I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended; the Florida Civil Rights Act of 1992; Chapter 70 of the Pinellas County Code, as amended on the basis of my race and color for the following reasons:

a. **I have been passed up for promotions**

**Black Employees are passed up for promotion.** To my knowledge, there are no Black People in management positions within the City. Despite of the fact that there are a few black employees who have been employed with the city for 20 to 25 years, there are no black people in management positions within the Public Works Department. Once Ray became Public Works Director, he started promoting white employees to the Service Worker III positions without merit. My situation is an example. I have great work evaluations and great attendance. Caucasian employees with less experience, less time with the City, and poor attendance have been promoted before me.

CONTINUED TO NEXT PAGE

X I also want this charge filed with the EEOC.
I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY – (When necessary to meet State and Local Requirements)

LUISA PULIDO
Notary Public - State of Florida
Commission # FF 899148
My Comm. Expires Jul 13, 2019

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
Willie Dollard

2 of 9

| Statement Continued | |
|---|---|
| /s/ Willie Dollard  6-7-2018<br>Date  Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, Month, Year) |

EEOC FORM 5

I have worked for the City of Safety Harbor for almost 21 years. I have worked in the Streets Department for about 15 years. I had to wait about 9 or 10 years before I was promoted to Street II. At this point, I have been passed up for the Service Worker III position several times. I was passed up for the Service Worker III position for the first time about 5 or 6 years ago. Lenny gave Jeff Schaff the Service Worker III position. Lenny told me that I did not get the position because I did not have an A license.

I was passed up for promotion the second time around early 2017. Again, Lenny told me that I was not hired for the Service Worker III position because I did not have an A license. John Stone and Steve were hired for the position. The Supervisor Lenny permitted John Stone and Steve to get their A license while working within the position. I know that John Stone did not have his A license because I asked him, and he told me that he did not have his license and he was given 6 months to get them. I asked around August 15, 2017. John has been in the Service Worker III position for about 10 months. Steve Larson was a tree cutter without an Arbors license (tree cutters are required to have the Arbor's license) In addition, Steve Larson had attendance issues during his probation period. Steve was in the Service Workers III position for about 10 months before he was let go. At the time of his promotion Steve had only worked the Service Worker I position for a very short time. Steve went from Service Worker I to Service Worker III.

Also, Lenny forces me to perform Service Worker III duties in the Service Worker II position. I have not been given the Service Worker III position or pay. I drive the Slope Mower. I have driven the Slope Mower for the last couple of years. Handling the Slope Mower is a Service Worker III task.

However, Caucasian employees receive promotions very quickly. Ryan in concrete is an example. Ryan was promoted to Service Worker III between January and March 2018. Ryan had worked at the City less than a year when he was promoted. Jeff Schaaf, John Stone, Jesse, Ryan, and Steve were all promoted within short periods of time. Jeff and John had poor attendance.

Please see Exhibit A. Exhibit A includes performance evaluations for Willie Brooks, John Stone, and David Kosior. Willie Brooks is one example of the difference between how black people are promoted and how white people are promoted. Willie Brooks had great performance reviews his first three years of employment. However, he was never promoted from Street I to Street II. In contrast, there is John Stone. John Stone had lower performance reviews and similar attendance. John Stone was promoted from the Street I position to Street II position within three to three and a half years. There is also David Kosior. David Kosior had similar performance as Willie Brooks but was promoted from Street I to Street III within two years. Another example is Larry Brooks, Larry Brooks had excellent performance reviews and attendance. He was never promoted to Streets III. This is in comparison to Jeff Schaaf, John Stone, Jesse Sassano, and Ryan who were all

Received JUN 18 2018 Tampa Field Office

promoted within very short periods of time. Larry Brook's performance evaluations are attached as Exhibit E.

**b. I have been given harder work assignments than my Caucasian coworkers.**
Black people are given harder work assignments. One example is the situation with me and Larry Brooks. About three years ago me and Larry Brooks built an artificial pond by ourselves. There should have been at least four people working on the project. The job lasted for about 9 months. I asked Lenny for help and did not get help. We had to move a large amount of concrete by ourselves. The rest of the streets department watched us do the job. Ray Boler, Lenny, and Bob watched us do the job by ourselves. I have attached pictures of the pond as Exhibit B. I had to drive the Bobcat to the site every morning for 9 months. After the job was over, Larry and I went to do another job using the Bobcat, Lenny told both us that we could not use the Bobcat because we needed the A license. However, the A license is not required. We had to do the job with flat head shovels.

Please note as of April 17, 2018, Dave has been driving the track hoe, without an A license. Lenny told me that I can't drive the same machine because I don't have an A license. This important because these machines make our work a lot easier.

Another example is when Renee, Lenny, and Ray watched me move a major amount of concrete by myself for about four months. This occurred during 2017. I moved about 72 loads of concrete by myself. Each load contained about 4 or 5 tons of concrete. I have attached pictures of the loads of concrete as Exhibit C. About 5 to 6 guys sat and watched me move the concrete by myself. Ryan, Paul, John Stone, Steve, Steve Larson, Doug and a couple other Public Work's employees stood idol watching me work by myself. No one else in the Department would help me. However, whenever Caucasian employees move materials, Lenny gives them two people. There are usually two people assigned to haul large loads of concrete. There was a loader and driver. One person did not complete the job by themselves. Whenever Caucasian employees worked concrete, they would only take a couple of loads a day. However, I would be forced to load concrete all day by myself for weeks at a time.

Another example is how management assigns work to Black people. Lenny overloaded me with work. For instance, Lenny has forced me to work two jobs at one time. For the most part, I have been working by myself. My Caucasian coworkers are assigned to work with groups of three to four people. In the summer months, Larry and I were transferred to attend to the grass. We had to haul, cut the right away, etc. The rest of the Department worked on sidewalks. Larry and I had various jobs, but Caucasian employees would have consistent assignments. For instance, I would use the slope mower for storm water in summer. In winter, Me and Larry were forced to do trees. Every year Larry and I was forced to work Tree trucks when there were white employees who could have worked. When I say do trees, I mean I was forced to feed cut limbs through the broken chipper. However, Caucasian employees could work sidewalks. This is important because sidewalks are not as physical. There would be

Statement Continued

about four or five Caucasian employees lay concrete and watch it dry for a several hours. Basically, Larry and I were rotated to do the most physical work assignments.

One summer, during the hottest part of the day, Bob and Lenny sent Larry and I out to grind a stump using a hand-held stump grinder. The stump was about 10 feet including the roots. We told Bob that we needed heavy equipment to cut the stump, but he sent us out to work with the hand-held stump grinder. We spent about 2 hours working on the stump. We told Bob again that we needed heavier equipment to complete the job. So, Bob sent out a crew of about four people (Jeff, John Stone, Dave Kosior and Rob) out to grind the stump using a bobcat with an attached grinder. The crew was able to complete the job in about 15 to 20 minutes using the heavier equipment.

Ever since Larry Brooks left, I have been working two and three-man jobs by myself. Everyday Lenny and James ride by and watch me work by myself. On June 7, 2018, Lenny and James asked me to go help Doug finish his work with the tree trimming crew. I asked Lenny and James if I could get some help. I explained that it's not fair that Lenny and James watch me do all this work by myself and won't give me any help. James told me no, just go help Doug. So, I went to go help him. Whenever Caucasian employees need help, I am taken off my jobs to go help them. However, I am forced to work these two and three-man jobs by myself.

c. **I have not been allowed to transfer to the Parks Department.** The City of Safety Harbor does not hire black people to work in the Parks Department. There are no African Americans working the Parks Department. During my 20-years with the City of Safety Harbor, I have only seen one black person work in the Parks Department. His name was Trueblood and he quit because of racism. Trueblood quit many years ago.

Black people are not even allowed to transfer to the Parks Department. For instance, I applied for the Parks II position. Kim Nicholls told me that I did not qualify to transfer because I had not passed a test. This occurred around January 2017. I had taken a test but did not see the results. The test contained questions about the Parks Department (such as how low to cut grass). A test was created for the position. There was a white man named Travis who competed against me for the position. Travis is the person who got the position. Travis had experience in the Parks department. However, Travis did not have a CDL when hired. The CDL is a prerequisite for the Parks II position. Travis was training for CDL. I have had my CDL since 1999. The test was unfair because they did not give a study guide or anything to prepare for the position. Andrea (Supervisor over Parks) said that I would have had to take a pay cut to transfer to Parks. However, I should not have had to take a pay cut because my move would have been a lateral transfer. My pay rate should have stayed the same. White employees could transfer to the Parks Department. Jeff Schaaf is an example. Jeff Schaaf transferred to the Parks Department without taking a test.

Received JUN 18 2018 Tampa Field Office

d. **I have been disciplined harder than my Caucasian coworkers.** One example occurred when Ray Boler wrote me up because he claimed that I did not give them enough notice when I called in sick one day. This occurred when Sherri Kennedy was the Public Works secretary. Sherri told Ray that I had called in after 7:03 a.m. Ray had given me a 5-day suspension. The five-day suspension was not fair because I did not call in after 7:03 and did have any other disciplinary issues. I had to bring in my cell phone bill to prove that I had given the department enough notice. Ray reversed my suspension. However, Ray's initial response is extreme because my Caucasian coworkers have poor attendance and are not disciplined with 5-day suspensions.

Another example is a situation that occurred in November 2017. In early November, I was written up because Lenny lied on me. Lenny reports that I said that I refused to work with a new hire that was a marine because he was a "killer". Their reports are false. I did express concern because I had an incident while I worked with Safety Harbor a few years prior. A few years back, there was a Portuguese military vet who worked on my team. The guy constantly talked about killing people and he showed graphic pictures that he took during war. Everything came to a head when he brought a gun to work. He brought a gun, two clips of bullets, and a bullet proof vest. I am the person that witnessed all the items. He threatened to shoot one of our coworkers. Eventually, the incident was reported to the Pinellas County Sheriff. So, when Lenny mentioned that the new hire was a marine who had deployed three times I became nervous. I explained that I was nervous. However, I did not refuse to work with the new hire(Justin) and I did not call him a killer. Also, Dave and Trevor both told me and human resources that I never made those statements. But Kim Nicholls, Lenny Degroat, Renee, and Ray Boler decided to write me up anyways. I was given a two-day suspension without pay. This was unfair because Lenny made up the story and I was disciplined.

However, white employees break rules and are not disciplined. For instance, everyday Lenny and Jeff went out in work trucks and collected scrap metal for their personal use. I know it was for their personal use because Lenny would take the metal and put it in his personal truck. Lenny and Jeff spent the first two hours of their shift collecting scrap metal. Lenny and Jeff did not do any work until 9 am to 9:30 am. Everyone in the department knew they did this. Bob, our supervisor knew about this behavior, but Lenny and Jeff were never disciplined.

e. **African Americans are paid less and given lower performance reviews.** Please look at Exhibit D for a couple of performance review comparisons. Exhibit D includes performance evaluations for Willie Brooks(black), Larry Brooks(black), Jesse Sassano(white), Scott Savoia (white), and Jeff Schaff(white). Despite of the fact that Larry Brooks and I often worked four-person jobs by ourselves, Larry Brooks received low scores for productivity, problem solving, quality of work, job knowledge and works independently. Also, management assigned Larry Brooks to work with me as a two-person team, then gave him low scores for team work on his

Received JUN 18 2018 Tampa Field Office

evaluation. Please note that the black employees were given less feedback on their evaluations.

I suspect I am paid less than my Caucasian coworkers. Caucasian employees receive raises faster and are paid more because they are promoted faster. I asked Kim Nicholls for a report showing the pay rate for every employee within the department. Kim did not turn over the report showing the pay rate. It took her six months to return the documents, but she only turned over the evaluations of some employees. She did not turn over the pay rates for individual employees. Plus, the evaluations were missing for certain people. In fact, she refused to give me a copy of my performance evaluations.

Also, I believe the way the performance evaluations are done creates a disadvantage for people with disabilities. For instance, people with a disability will be marked lower on the physical fitness and get a lower overall performance review. Larry Brooks is an example. Larry Brooks had high blood pressure and prostate cancer. His performance evaluations suffered because of the physical fitness factor. Some of his reviews are attached as Exhibit E.

f. **Management created a hostile work environment.** Lenny consistently makes me work two and three-person jobs by myself. Overall, I have always been given the hardest assignments. As mentioned above, Lenny gave me harder work assignments. I am exhausted by the way that I am being treated at the job. Lenny and James follow me from job to job. For instance, when I go to a jobsite in the morning, I see Lenny and James pull down the street and watch me work. Sometimes, I see Ray Boler and Renee watch my every move. It is frustrating because they watch me do all this work by myself but won't get me any help. The Caucasian employees are sent out in groups to get their assignments done.

Lenny has accused me of doing things that I did not do on several occasions. For instance, Lenny accused Larry and I of running over a dog while we were out. As I mentioned above, Lenny lied and wrote me up in November 2017 for statements that I did not make. Another time, Lenny refused to discipline some of my Caucasian coworkers after they lied on me. On February 15, 2013, Lenny, Dave, and Glenn Gloss lied by saying that I left a truck outside of the gate area. Trevor told Lenny the truth, but in the end Dave, and Glenn were not disciplined for lying. I have attached a documentation of the incident. Exhibit F.

Management has forced me to work in dangerous situations. One example is my situation with the broken chipper. I was forced to work with a broken chipper for several years. The situation was extremely dangerous because the chipper was powerful enough to suck an employee into the machine. On April 15, 2016, I was almost sucked into the machine because the chipper randomly revved up while I was working. Jesse witnessed it. In addition, I told Jesse because he was the team leader (Service Worker III) over the crew. On April 18, 2016, Jesse claims he told management and management told us to continue working with the machine. According to Jesse, management was going to look at the chipper. However, Lenny

Received JUN 18 2018 Tampa Field Office

Statement Continued

forced me to continue working with the equipment. I know management was aware because on Monday December 11, 2017, Renee, Lenny, James and Marquez were all near the chipper when the Chipper randomly turned on by itself. Marquez, Dave, Justin and myself had to continue using the machine. The chipper was supposed to be fixed around March 2018. However, as of June 7, 2018, the chipper is still broken.

Since I provided my witness statement, Renee has started to nitpick at me. In early April 2018, Renee told Lenny and Lenny told me that I could no longer back my personal vehicle into the parking spaces in the personnel parking lot. I have been backing my truck in for 20 years. She did not require other employees to back into the parking spots. The employees in the Water Department have continued to back their trucks into the parking spots.

Larry Brooks is a witness. His attachment is attached as Exhibit G. I keep a work journal that documents my experiences with the City of Safety Harbor. I have attached copies of a couple of my work journal entries. They are attached as Exhibit H.

## PRIVACY ACT STATEMENT

(This form is covered by the Privacy act of 1974, Public Law 93-579: Authority for requesting the personal data and the uses are given below.)

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, CHARGE OF DISCRIMINATION, March 1984.

2. **AUTHORITY.** 42 U.S.C. §2000e-5(b), 29 U.S.C. § 211.29 U.S.C. § 626.

3. **PRINCIPAL PURPOSE(S).** The purpose of the charge, whether recorded initially on this form or in some other way reduced to writing and later recorded on this form, is to invoke the jurisdiction of the Commission.

4. **ROUTINE USES.** This form is used to determine the existence of facts which fall within the Commission's jurisdiction to investigate, determine, conciliate and litigate charges of unlawful employment practices. Information provided on this form will be used by Commission employees to guide the Commission's investigatory activities. This form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. A copy of this charge will ordinarily be served upon the person against whom the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.** Charges must be in writing and should identify the parties and action or policy complained of. Failure to have a charge which identifies the parties in writing may result in the Commission not accepting the charge. Charges under Title VII must be sworn to or affirmed. Charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to provide the requested information.

6. ◆ ▬ Under Section 706 of Title VII of the Civil Rights Act of 1964, as amended, this charge will be deferred to and will be processed by the State or local agency indicated. Upon completion of the agency's processing, you will be notified of its final resolution in your case. If you wish EEOC to give Substantial Weight Review to the agency's findings, you must send us a request to do so, in writing, within fifteen (15) days of your receipt of the agency's finding. Otherwise, we will adopt the agency's finding as EEOC's and close your case.

Received JUN 18 2018 Tampa Field Office

# NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of the Civil Rights Act of 1964, as amended, and Section 4(d) of the Age Discrimination in Employment Act of 1967, as amended, state:

It shall be an unlawful employment practice for an employer to discriminate against any of his employees or applicants for employment, for an employment agency to discriminate against any individual, or for a labor organization to discriminate against any member thereof or applicant for membership, because he has opposed a practice made an unlawful employment practice by this title or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this title.

The Equal Pay Act of 1963 contains similar provisions. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made.